IN RE:  Stephan Peter Jones                         CASE NO.: 09-80729

## THIRD MODIFIED CHAPTER 13 PLAN
### ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED

**I.** Debtor proposes to pay by direct pay into the Chapter 13 Plan monthly payments of $200 for the first two (2) months; then monthly payments of $215 (beginning September 2009) for the remaining fifty-eight (58) months for a total of sixty (60) months.

**II.** Claims to be paid directly by debtor.      **Estimated Balance Due**      **Monthly Payment**
   **Bac Home Loans LP/Countrywide**                $68,131.00                        $773.00
   collateral - Residence

**III.** Claims to be paid by Trustee.

   **A. ATTORNEY AND ADMINISTRATIVE FEES.** Attorney fees of $1,944 will be paid in full. The Trustee shall receive fees of approximately 10% of plan payments.

   **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

   **1. Real Property:**

   Bac Home Loans LP/Countrywide: pre-petition arrearage totaling $9,563.

   **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **NONE**

   **D. GENERAL UNSECURED CLAIMS.** Unless specifically listed above, all other claims will be treated as General Unsecured Claims, and will receive a minimum of 0% of their claims.

| | | | |
|---|---|---|---|
| American Express | $ 1,267 | Arrow Financial Services | $ 1,811 |
| AT&T Universal | $ 9,156 | Bank of America | $ 6,418 |
| Bradford Exchange | $ 48 | Cach LLC | $ 1,308 |
| Capital One | $ 3,548 | Chase | $ 6,840 |
| Chase | $ 1,308 | Citi Cards | $ 732 |
| Credit Bureau Services | $ 3,630 | Discover Financial Svcs., LLC | $ 7,020 |
| FNB Omaha | $ 6,493 | General Collections & Recovery | $ 450 |
| General Collections & Recovery | $ 175 | General Collections & Recovery | $ 54 |
| HSBC Bank | $ 1,641 | HSBC Bank | $ 695 |
| Portfolio Recovery & Affiliates | $ 2,312 | Union Plus | $ 1,307 |
| Veterans Affairs Medical Center | $ 300 | | |

**IV.** **TAX PLEDGE.** In the event that: (1) the plan does not pay 75% to unsecured creditors or (2) there are tax debts, or (3) the debtor(s) income is below the median income, the debtor(s) will dedicate his/her/their tax refunds **EXCEPT EARNED INCOME CREDIT** to the Trustee for the 2009, 2010 and 2011 tax years.

Respectfully submitted this 16th day of September, 2010.

**MCBRIDE & COLLIER**

/s/ Thomas C. McBride
THOMAS C. MCBRIDE,  # 9210
VIRGINIA W. BROWN,  # 2194
301 Jackson Street, Suite 101
Alexandria, LA  71301
Phone: (318) 445-8800